**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LAWRENCE ROBERTS, Individually, and
as Personal Representative of the ESTATE
OF JENNIFER ROBERTS, Deceased and as
Personal Representative of the ESTATE OF
JACK L. ROBERTS, Deceased and as Next
Friend of OLIVIA ROBERTS, a Minor,

        Plaintiffs,

v.

Case Number: 04-73540

BENNETT ENTERPRISES, INC., and Ohio
Corporation, d/b/a/ HOLIDAY INN
EXPRESS-MONROE, and HOLIDAY
HOSPITALITY FRANCHISING, INC., a
Delaware Corporation, Jointly and Severally,

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

        Defendants.
_____/

## ORDER REGARDING DEFENDANTS' RESPONSES TO PLAINTIFFS' MOTIONS *IN LIMINE*

**IT IS ORDERED** that Defendants' Responses to Plaintiffs' Motions *in Limine* (Dock. Nos. 34-41) must be filed by Thursday, May 31, 2007 at 3:00 p.m. The Responses are to be e-filed, as well as hand delivered to chambers, by the above date and time. If Defendants' Responses are not timely filed and delivered, they will not be considered by the Court.

**SO ORDERED**.

        s/Paul D. Borman
        PAUL D. BORMAN
        UNITED STATES DISTRICT JUDGE

Dated: May 29, 2007

CERTIFICATE OF SERVICE

1

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 29, 2007.

                                                  s/Denise Goodine
                                                  Case Manager