UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LAWRENCE ROBERTS, Individually, and as
Personal Representative of the ESTATE OF
JENNIFER ROBERTS, Deceased and as
Personal Representative of the ESTATE OF
JACK L. ROBERTS, Deceased and as Next
Friend of OLIVIA ROBERTS, a Minor,

        Plaintiffs,

v.

BENNETT ENTERPRISES, INC., and Ohio
Corporation, d/b/a/ HOLIDAY INN EXPRESS-
MONROE, and HOLIDAY HOSPITALITY
FRANCHISING, INC., a Delaware
Corporation, Jointly and Severally,

        Defendants.
_____/

Case Number: 04-73540

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT


**ORDER STRIKING DEFENDANTS':**
**(1) PARTIAL MOTION FOR SUMMARY JUDGMENT (DOCK. NO. 45);**
**(2) MOTION *IN LIMINE* – EVIDENCE CONCERNING THE COSTS OF RAISING A CHILD (DOCK. NO. 46);**
**(3) MOTION *IN LIMINE* – EVIDENCE CONCERNING THE ASSETS OF THE DEFENDANTS (DOCK NO. 57); AND**
**(4) MOTION *IN LIMINE* – EXPERT TESTIMONY CONCERNING THE MONETARY VALUE OF HEDONIC DAMAGES (DOCK. NO. 59)**

        Defendants filed their Partial Motion for Summary Judgment (Dock. No. 45) on May 18, 2007, less than two months before the July 10, 2007 trial and many months past the September 2006 dispositive motion deadline date. Therefore, the Court STRIKES Defendants' Partial Motion for Summary Judgment (Dock. No. 45) as untimely.

        Additionally, Defendants filed three Motions *in Limine*. The first of Defendants'

1

Motions *in Limine* was filed on May 24, 2007 and the last two Motions *in Limine* were filed on May 30, 2007. The Court's February 13, 2007 Scheduling Order states that Motions *in Limine* are due no later than March 13, 2007. Considering Defendants' instant Motion *in Limines* were file over two month after the deadline, the hereby Court STRIKES said motions (Dock. Nos. 46, 57, 59).

**SO ORDERED**.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: June 5, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 5, 2007.

                                          s/Denise Goodine
                                          Case Manager