UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE ROBERTS, Individually, and as
Personal Representative of the ESTATE OF
JENNIFER ROBERTS, Deceased and as
Personal Representative of the ESTATE OF
JACK L. ROBERTS, Deceased and as Next
Friend of OLIVIA ROBERTS, a Minor,

                Plaintiffs,

Case Number: 04-73540

v.

JUDGE PAUL D. BORMAN
BENNETT ENTERPRISES, INC., and Ohio    UNITED STATES DISTRICT COURT
Corporation, d/b/a/ HOLIDAY INN EXPRESS-
MONROE, and HOLIDAY HOSPITALITY
FRANCHISING, INC., a Delaware
Corporation, Jointly and Severally,

                Defendants.
_____ /

## ORDER

**IT IS HEREBY ORDERED** that by Monday, August 6, 2007, the parties examine opposing counsel's proposed exhibits and all visual aids which are planned to be used during the trial. This includes any boards, pictures, power point slides, or any other demonstrative aids, in the size and format as will be presented in court. The parties should assume that all exhibits and visual aids are stipulated to, unless objections are filed with the Court by Tuesday, August 7, 2007 at 12 p.m.

**SO ORDERED.**

                                              s/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: August 1, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 1, 2007.

                                                        s/Denise Goodine  
                                                        Case Manager