## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LAWRENCE ROBERTS, Individually, and as
Personal Representative of the ESTATE OF
JENNIFER ROBERTS, Deceased and as
Personal Representative of the ESTATE OF
JACK L. ROBERTS, Deceased and as Next
Friend of OLIVIA ROBERTS, a Minor,

       Plaintiffs,                  Case Number: 04-73540

v.                                   JUDGE PAUL D. BORMAN
                                         UNITED STATES DISTRICT COURT

BENNETT ENTERPRISES, INC., an Ohio
Corporation, d/b/a/ HOLIDAY INN EXPRESS-
MONROE, and HOLIDAY HOSPITALITY
FRANCHISING, INC., a Delaware
Corporation, Jointly and Severally,

       Defendants.
_____ /

## ORDER REGARDING VOIR DIRE AND OPENING STATEMENTS

Upon Order of the Court:

1)     Counsel, prior to trial, will provide the Court with a two (2) or three (3) sentence summary of its case for the Court to read to the venire;

2)     The Court will conduct voir dire; counsel will be permitted to ask follow-up questions of particular jurors, as necessary;

3)     Each side is permitted up to thirty (30) minutes for opening statements; and

4)     Plaintiffs must have their first witness ready to begin testifying on Wednesday, August 8, 2007.

**SO ORDERED**.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: August 3, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 3, 2007.

                                                s/Denise Goodine
                                                Case Manager