# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

LAWRENCE ROBERTS, Individually,
and as Personal Representative of the
Estate of Jack L. Roberts, Deceased and
as Next Friend of OLIVIA ROBERTS, a minor,

                Plaintiff,

v.

BENNETT ENTERPRISES, INC., and Ohio
Corporation, d/b/a HOLIDAY INN EXPRESS-
MONROE, and HOLIDAY HOSPITALITY
FRANCHISING, INC., a Delaware
Corporation, Jointly and Severally,

                Defendant.
                                              /

JUDGMENT IN A CIVIL CASE

Case Number: 04-73540

Honorable PAUL D. BORMAN

■    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

       **IT IS ORDERED AND ADJUDGED** that the plaintiffs take nothing, that the action be dismissed on the merits, and that the defendants recover of the plaintiffs their costs of action as provided by law.

Pursuant to Rule (77d), FRCivP
Copies have been electronically mailed to:

Geoffrey N. Fieger

Roger F. Wardle

Date   8/24/07                                     David Weaver, Clerk of Court

                                                                     s/Denise Goodine
                                                                     Deputy Clerk