UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE ROBERTS, Individually, and
as Personal Representative of the ESTATE
OF JENNIFER ROBERTS, Deceased and as
Personal Representative of the ESTATE OF
JACK L. ROBERTS, Deceased and as Next
Friend of OLIVIA ROBERTS, a Minor,

       Plaintiffs,

v.

Case Number: 04-73540

JUDGE PAUL D. BORMAN
UNITED STATES DISTRICT COURT

BENNETT ENTERPRISES, INC., and Ohio
Corporation, d/b/a/ HOLIDAY INN
EXPRESS-MONROE, and HOLIDAY
HOSPITALITY FRANCHISING, INC., a
Delaware Corporation, Jointly and Severally,

       Defendants.
_____ /

## ORDER GRANTING PLAINTIFFS' EX PARTE MOTION

**IT IS ORDERED** that Plaintiffs' Ex Parte Motion to Appoint Guardian Ad Litem is **GRANTED.**

**SO ORDERED**.

       s/Paul D. Borman
       PAUL D. BORMAN
       UNITED STATES DISTRICT JUDGE

Dated: October 10, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 10, 2007.

       s/Denise Goodine
       Case Manager